# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**BEVERLY ELIZANDO,**

        **Plaintiff(s),**        **CASE NUMBER: 06-15029**
                                  **HONORABLE VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On April 26, 2007, Magistrate Judge Donald A. Scheer submitted a Report and Recommendation **[Doc. 13]** recommending that the Court deny the parties' respective Motions for Summary Judgment **[Doc. 9, 12]** and remand the case to the Commissioner for further proceedings, including vocational expert testimony to determine whether jobs existed in the national economy that Plaintiff could perform given her severe exertional limitations from October 2001 through November 2003. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report

and Recommendation. The Court, therefore, DENIES each parties' Motion for Summary Judgment and REMANDS the matter for further proceedings.

**IT IS SO ORDERED.**

                                                  S/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: June 18, 2007

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 18, 2007.
>
> S/Linda Vertriest
> Deputy Clerk